IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RONNIE NIXON**                                                                                 **PLAINTIFF**

v.                          **CASE NO. 3:22-CV-00311-BSM**

**RON HUNTER, District Judge**                                                       **DEFENDANTS**
**Poinsett County, et al.,**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE