IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RONNIE J. NIXON**                                                                        **PLAINTIFF**

v.                    CASE NO. 3:22-CV-00311-BSM

**RON HUNTER, District Judge**
**Poinsett County,** *et al.*                                          **DEFENDANTS**

## ORDER

Ronnie Nixon's motion for copies [Doc. No. 7] is granted in part and denied in part.

The clerk is directed to send Nixon two blank 42 U.S.C. section 1983 complaint forms.

Nixon's request for state court records is denied.

IT IS SO ORDERED this 14th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE